UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

IN RE:                                                    )
                                                          )          Chapter  13
    DANA M. ROBISON,                                  )
                                                          )          Case No. 21-60008
        Debtor.                                   )

## **DEBTOR'S MOTION FOR LEAVE TO FILE TIME-BARRED CLAIM**

NOW COMES Debtor DANA M. ROBISON, by and through her attorney, Andrea H.

Prindable of Dent Law Offices, Ltd., and moves this Honorable Court for an Order allowing her

leave to file a time-barred claim on behalf of the DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE and in support thereof states as follows:

1.        Debtor filed for bankruptcy protection under Chapter 13 on January 26, 2021.

2.         At the time of the filing, Debtor did not know whether she would owe any tax

        liability for the tax period ending December 31, 2020.  She did not schedule the

        DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE  as a

        creditor.

3.        Creditor DEPARTMENT OF THE TREASURY INTERNAL REVENUE

        SERVICE did not receive notice of the bankruptcy filing and the July 26, 2021

        deadline in which to file a claim.

4.        Debtor became aware of the tax liability around the time of her 341 meeting

        conducted in June 2021.

5.        Debtor filed an Amended Schedule EF on August 12, 2021.

6.        Creditor DEPARTMENT OF THE TREASURY INTERNAL REVENUE

        SERVICE filed its claim on August 24, 2021.

7.          The Trustee filed an objection to that claim on August 26, 2021, and that objection

is still pending before this Court.

8.          Debtor is seeking leave to file a claim on behalf of Creditor even though the

deadline for the Creditor and the Debtor has passed.  The omission of the Creditor

from the original schedules was inadvertent, the plan provides for payment to this

Creditor, and the parties are not prejudiced by the filing of the time-barred claim.

WHEREFORE, Debtor DANA M. ROBISON request that she be allowed to file a time-

barred claim on behalf of DEPARTMENT OF THE TREASURY INTERNAL REVENUE

SERVICE and for all other relief deemed just and reasonable by the Court.


DANA M. ROBISON,  Debtor

Dated: September 14, 2021          By: ____/s/ Andrea H. Prindable_____
                                                    Of Dent Law Offices, Ltd.


Andrea H. Prindable
DENT LAW OFFICES, LTD.
415 W. Virginia Ave.
P.O. Box 1633
Effingham, IL 62401
Telephone:  217-330-5500
Facsimile:  866-870-6855
E-Mail: notices@dentlawoffices.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter  13 |
| DANA M. ROBISON, | ) | |
| | ) | Case No. 21-60008 |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing instruments entitled **DEBTOR'S MOTION FOR LEAVE TO FILE TIME-BARRED CLAIM** has been electronically served upon:

U.S. Trustee
Southern District of Illinois
Becker Building, Room 1100
401 Main Street
Peoria, IL 61602

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

Dated this 14th day of September, 2021.      By:   /s/ Andrea H. Prindable
                                                              Of Dent Law Offices, Ltd.

Andrea H. Prindable
DENT LAW OFFICES, LTD.
P.O. Box 1633
415 W. Virginia Ave.
Effingham, IL 62401
Telephone: (217) 330-5500
Facsimile:  (866) 870-6855
E-Mail: notices@dentlawoffices.com